**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C. R. Bard, Inc., | No. CV-21-00284-PHX-DGC |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| Atrium Medical Corporation, | |
| Defendant/Counterclaimant. | |

The Court held a lengthy discovery call with the parties, on the record, on May 4, 2022. After considering the parties' arguments and the document production requests at issue, which counsel for Atrium emailed to the Court with copies to Bard's counsel, the Court enters the following order:

RFP 3, 12: Bard shall produce copies of license agreements with entities or persons other than Atrium for the 135 and/or Canadian patents. This production shall be made under the existing protective order (Doc. 66). The Court finds the remainder of requests 3 and 12 overbroad and unduly burdensome.

RFP 14: Bard shall produce the documents called for in this request with respect to the 135 patent and/or Canadian Patent. The Court finds the remainder of this request overbroad and unduly burdensome.

RFP 10: Bard shall produce the documents called for in this request.

RFP 15: Bard shall produce the documents called for in this request that relate to the License Agreement and/or the 135 patent. The Court finds the remainder of this request overbroad and unduly burdensome.

RFP 16: Bard shall produce documents sufficient to show the relationship between Bard and BPV. The Court finds the remainder of this request overbroad and unduly burdensome.

Bard shall make the production called for in this order on or before May 27, 2022.

Dated this 5th day of May, 2022.

*David G. Campbell*

David G. Campbell
Senior United States District Judge